IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JEFFERY L. STANTON,

    Plaintiff,

v.                              Case No.:  3:12cv177/MCR/EMT

STATE OF FLORIDA, et al.,

    Defendants.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 4, 2012 (doc. 8).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED with prejudice**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for Plaintiff's failure to state a claim upon which relief may be granted.

    3.    The clerk is directed to enter judgment accordingly and close the file.

    **DONE AND ORDERED** this 5th day of June, 2012.

                                *s/ M. Casey Rodgers*
                                **M. CASEY RODGERS**
                                **CHIEF UNITED STATES DISTRICT JUDGE**